445 A.2d 194

Georgian Apts., Inc. v. Kamin et ux., Appellants.
Rehearing Denied Nov. 9, 1981 and Jan. 4, 1982.

Argued April 16, 1980.   Edward Goldberg, for appellants;   David F. Alpern, for appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Judgment affirmed.

435 A.2d 1321

Nassaux–Hemsley, Appellant v. Township
of Southampton.

Argued April 20, 1981.   J. Justin Blewitt, Jr., for appellant;   John McCrea, III, for appellee.

Before WICKERSHAM, MONTEMURO and WATKINS, JJ.

Order of the lower court is affirmed.

WATKINS, J., filed a dissenting opinion.